| | |
|---|---|
| Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com<br>         scrawford@bfesf.com<br><br>Attorneys for Defendants<br>CITY OF VACAVILLE, NATHAN BENEVIDES and DANIEL TORRES | Edward C. Casey, Jr., State Bar No. 123702<br>LAW OFFICES OF EDWARD C. CASEY, JR.<br>66 Franklin Street, Suite 300<br>Oakland, California 94607<br>Telephone: 510.251.2300<br>Email:  ed@edcaseylaw.com<br><br>Attorneys for Plaintiffs<br>MARY TOMELLOSO and<br>RUBEN H. TOMELLOSO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMELLOSO, RUBEN H. TOMELLOSO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, NATHAN BENEVIDES, DANIEL TORRES and DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 2:21−cv−00507−MCE−JDP<br><br>**STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT; ORDER**<br><br><br><br><br><br>**Hon. Morrison C. England, Jr.** |

　　　　WHEREAS on March 19, 2021 Defendants CITY OF VACAVILLE, NATHAN BENEVIDES and DANIEL TORRES (hereinafter "Defendants") removed this action to the Eastern District Court (Dkt. No. 1);

　　　　WHEREAS on March 26, 2021, Defendants filed a motion to dismiss the complaint (Dkt. No. 6);

　　　　WHEREAS on December 13, 2021, the Court issued an order on Defendants' motion to dismiss (Dkt. No. 13);

　　　　WHEREAS on December 29, 2021, Plaintiffs MARY TOMELLOSO and RUBEN H. TOMELLOSO (hereinafter "Plaintiffs") filed a first amended complaint (Dkt. No. 14);

　　　　WHEREAS on January 12, 2022, Defendants filed an answer to the first amended complaint

1

STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT; ORDER
*Tomelloso, et al. v. City of Vacaville, et al.* U.S.D.C. Eastern District of California Case No. 2:21−CV−00507−MCE−JDP

(Dkt. No. 15); and

WHEREAS, after the answer was filed, counsel for the Parties met and conferred about perceived deficiencies in the answer and agreed that an amended answer should be filed.

IT IS HEREBY STIPULATED by and between the Parties, through their respective undersigned attorneys of record, that the Defendants may file an amended answer to the first amended complaint, a copy of which is attached hereto as Exhibit A; and

IT IS FURTHER STIPULATED that Plaintiffs waive notice and service of the amended answer to the first amended complaint.

Dated:  March 1, 2022                               BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Sheila D. Crawford*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VACAVILLE, NATHAN BENEVIDES and DANIEL TORRES

Dated:  March 1, 2022                               LAW OFFICES OF EDWARD CASEY, JR., ESQ.

By:  */s/ Edward C. Casey Jr.*
Edward C. Casey Jr.
Attorneys for Plaintiffs
MARY TOMELLOSO and RUBEN T. TOMELLOSO

## **ORDER**

Based upon the stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that Defendants may file an amended answer to the first amended complaint. IT IS FURTHER ORDERED that the amended answer is deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated:  March 4, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE