Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Jennifer K. Holthaus, State Bar No. 338168
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com
       jholthaus@bfesf.com

Edward C. Casey, Jr., State Bar No. 123702
LAW OFFICES OF EDWARD C. CASEY, JR.
66 Franklin Street, Suite 300
Oakland, California 94607
Telephone: 510.251.2300
Email:  ed@edcaseylaw.com

Attorneys for Plaintiffs
MARY TOMELLOSO and
RUBEN H. TOMELLOSO

Attorneys for Defendants
CITY OF VACAVILLE, NATHAN BENEVIDES
and DANIEL TORRES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMELLOSO, RUBEN H. TOMELLOSO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, NATHAN BENEVIDES, DANIEL TORRES and DOES 1 to 50,<br><br>    Defendants. | Case No. 2:21−CV−00507−MCE−JDP<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER**<br><br><br><br><br><br>**Hon. Morrison C. England, Jr.** |

## STIPULATION

IT IS HEREBY STIPULATED AND REQUESTED BY the parties to the above captioned matter that the discovery deadline in this matter be continued from January 12, 2023 to February 28, 2023.

WHEREAS, on March 19, 2021 Defendants CITY OF VACAVILLE, NATHAN BENEVIDES and DANIEL TORRES (hereinafter "Defendants") removed this action to the Eastern District Court (Dkt. No. 1);

///

1

STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER
*Tomelloso, et al. v. City of Vacaville, et al.* U.S.D.C. Eastern District of California Case No. 2:21−CV−00507−MCE−JDP

1  WHEREAS, on March 19, 2021, Hon. Judge Morrison C. England set discovery to be completed no later than three hundred sixty-five (365) days from the date upon which the last answer may be filed with the Court (Dkt. No. 2);

WHEREAS, on January 12, 2022, Defendants filed an answer to the first amended complaint (Dkt. No. 15);

WHEREAS, January 12, 2022 was the last answer filed in this matter;

WHEREAS, January 12, 2023 is the current discovery deadline; and

WHEREAS, good cause exists to extend the discovery deadline. Both parties have worked diligently to conduct discovery in this matter. On December 7, 2022, attorneys for the parties met and conferred, and discussed possible resolution of this matter.  On December 12, 2022, counsel for Plaintiffs made a demand, which Defendants agreed to take to the City of Vacaville City Council for consideration. Unfortunately, the first date on which a closed session meeting of the City Council can be scheduled is January 10, 2023.  The parties agree that it is in their best interest to postpone further discovery, including noticed depositions, in order to permit time for the City Council to consider Plaintiffs' demand and hopefully settle the matter.

WHEREAS, continuing the discovery deadline until the end of February 2023 will permit both parties to conserve time and resources and if the matter does not resolve, will allow sufficient time to complete necessary discovery.

For the reasons set forth above, the parties respectfully request that this Court continue the discovery deadline from January 12, 2023 to February 28, 2023.

| | | |
|---|---|---|
| Dated: December 27, 2022 | | BERTRAND, FOX, ELLIOT, OSMAN & WENZEL |
| | By: | */s/ Richard W. Osman* <br> Richard W. Osman <br> Sheila D. Crawford <br> Jennifer K. Holthaus <br> Attorneys for Defendants <br> CITY OF VACAVILLE, NATHAN BENEVIDES and DANIEL TORRES |
| Dated: December 27, 2022 | | LAW OFFICES OF EDWARD CASEY, JR., ESQ. |
| | By: | /s/ Edward C. Casey Jr. <br> Edward C. Casey Jr. <br> Attorneys for Plaintiffs <br> MARY TOMELLOSO and RUBEN T. TOMELLOSO |

### **ORDER**

Based upon the stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED that the discovery deadline is extended to February 28, 2023.

IT IS SO ORDERED.

Dated: January 3, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER
*Tomelloso, et al. v. City of Vacaville, et al.* U.S.D.C. Eastern District of California Case No. 2:21−CV−00507−MCE−JDP