Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:   rosman@bfesf.com
         scrawford@bfesf.com

Attorneys for Defendants
CITY OF VACAVILLE, NATHAN BENEVIDES
and DANIEL TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMELLOSO, RUBEN H. TOMELLOSO,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, NATHAN BENEVIDES, DANIEL TORRES, and DOES 1 to 50,<br><br>    Defendants. | Case No. 2:21−CV−00507−MCE−JDP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br><br><br>**Hon. Morrison C. England, Jr** |

IT IS HEREBY STIPULATED by the Parties hereto, through their respective undersigned counsel, that pursuant to the settlement between Plaintiffs MARY TOMELLOSO and RUBEN H. TOMELLOSO ("Plaintiffs") and Defendants CITY OF VACAVILLE, NATHAN BENEVIDES, and DANIEL TORRES (collectively "Defendants"), that the above-captioned action is dismissed with prejudice in its entirety as to all Defendants, with each side to bear their own fees and costs.

///

///

1

**IT IS SO STIPULATED.**

Dated: March 14, 2023                    LAW OFFICES OF EDWARD C. CASEY, JR.

By:  */s/ Edward Casey*
Edward C. Casey, Jr.
Attorney for Plaintiffs
MARY TOMELLOSO &
RUBEN H. TOMELLOSO

Dated: March 14, 2023                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Richard Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendants
CITY OF VACAVILLE,
NATHAN BENEVIDES &
DANIEL TORRES

### **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by Plaintiffs' counsel to show their signature on this document as /s/.

Dated: March 14, 2023                    By:  */s/ Richard W. Osman*
Richard W. Osman

2

# ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED with prejudice in its entirety as to all Defendants. Each side shall bear their own fees and costs, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE